IT LOOKS LIKE YOU WANT TO ADD FILES TO YOUR DOCUMENT. WHILE I CAN'T DIRECTLY ADD FILES TO YOUR DOCUMENT, I CAN HELP YOU WITH OTHER TASKS SUCH AS SUMMARIZING CONTENT, GENERATING TEXT, OR ANSWERING QUESTIONS. HOW CAN I ASSIST YOU FURTHER?

☺UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

JURISDICTION

| | |
|---|---|
| BRET WING,<br><br>      Plaintiff,<br><br>vs.<br><br>INCYTE CORPORATON,<br><br>      Defendant | Case No.: Number<br><br>PLEADING TITLE |

Now comes Bret Wing and requests

Plaintiff Bret Wing ("Plaintiff") brings this action against Defendant Incyte Corporation ("Defendant") in the United States District Court for the Eastern District of Pennsylvania, asserting several causes of action arising from his employment and termination. Based on the facts, Plaintiff alleges the following:

### 1. Family and Medical Leave Act (FMLA) Interference and Retaliation

Plaintiff claims that Defendant interfered with his rights under the Family and Medical Leave Act by denying, discouraging, or otherwise restraining Plaintiff's exercise of FMLA-protected leave. Furthermore, Plaintiff alleges that Defendant retaliated against him for requesting or taking FMLA leave, resulting in adverse employment actions including, but not limited to, termination.

### 2. Wrongful Termination

Plaintiff alleges that his termination was in violation of public policy, specifically related to his exercise of rights under the FMLA and other applicable state and federal laws. Plaintiff asserts that his discharge was not for legitimate business reasons, but rather as a result of his protected activities and/or medical condition.

### 3. Disability Discrimination (ADA and State Law)

Plaintiff asserts a claim under the Americans with Disabilities Act (ADA) and any applicable state law, alleging that Defendant discriminated against him based on his disability and failed to provide reasonable

DEFENDANT'S NAME - 1

accommodations. Plaintiff alleges that Defendant's actions, including termination, were motivated by his disability or perceived disability.

### 4. Retaliation (ADA, State Law)

Plaintiff further asserts that Defendant retaliated against him for engaging in protected activity, such as requesting accommodations or reporting discrimination. This retaliation resulted in adverse employment actions, including but not limited to termination.

### 5. Failure to Accommodate

Plaintiff claims that Defendant failed to engage in the interactive process and did not provide reasonable accommodations for his disability as required by law.

### 6. Any Other Causes of Action Supported by Facts

Plaintiff reserves the right to assert additional claims as supported by the facts, including but not limited to violations of state leave laws, wage and hour statutes, and any other applicable employment protections.

Attorney Names
Attorneys' Business Address
City, ST ZIP Code
Phone | Fax
Email

Dated this day of Month, year.

_____
PRO SE PLAINTIFF

DEFENDANT'S NAME - 2