**Pro Se Electronic Filing**

Name:

Bret Wing

Email Address:

sjermany@gmail.com

Phone Number

4402316200

Are you filing a new case?

Yes, I'm filing a new case.

Case Caption

Bret Wing v Incyte Corporation

Description of Document(s)

FMLA Complaint

Terms of Submission

Yes

Do you have a mailing address?

Yes

Mailing Address Line 1

1164 Naamans Creek Rd

City:

Garnet Valley

State:

PA

Zip Code:

19060

Show empty values