IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRET WING,** <br>     Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | **CIVIL ACTION NO. 25-CV-5505** |
| **INCYTE CORPORATION,** <br>     Defendant. | : <br> : <br> : | |

## ORDER

Plaintiff Bret Wing filed a *pro se* Complaint without a signature. (Doc. No. 1.) He did not pay the filing fee or file a Motion to proceed *in forma pauperis*. (See Docket.) Rule 11(a) provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). The instructions for the EDS tool used by the Plaintiff provide: "This filing is made in compliance with Federal Rule of Civil Procedure Rule 11, which requires me to sign documents that I submit to the Court for filing, and all applicable statutes and court rules to the best of my ability." Local Rule 5.1.2(8)(a) provides that an "unrepresented litigant using the Court's Electronic Document Submission tool or other electronic means authorized by standing order may . . . use 's/' to electronically sign a submitted document."

**AND NOW**, this 1st day of October, 2025, it is hereby **ORDERED** that:

    1.    Wing is **DIRECTED** to complete and file through the EDS the Declaration form attached to this Order, with Wing's electronic signature, i.e., by typing "s/" and his full name, within thirty (30) days of the date of this Order to cure this deficiency with the Complaint.

    2.    Wing is also **DIRECTED** to either (a) pay $402 (comprising of the $350 filing fee and $52 administrative fee) to the Clerk of Court, or (b) file a motion to proceed *in forma pauperis* that contains a signature and complete and accurate financial information.

    3.    The Clerk of Court is **DIRECTED** to provide Wing with an appropriate non-prisoner application to proceed *in forma pauperis*, bearing the civil action number of this case.

Wing may use this form to seek leave to proceed *in forma pauperis* if he cannot afford to pay the fees to commence this case.

   4.  If Wing (a) fails to complete and return the attached Declaration form within the thirty-day period, **or** (b) fails to pay the fee or seek *in forma pauperis* status within the thirty-day period, this case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

*/s/ Paul S. Diamond*

_____

**PAUL S. DIAMOND, J.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRET WING,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-5505** |
| | : | |
| **INCYTE CORPORATION,** | : | |
|     **Defendant.** | : | |

## **DECLARATION**

    1.    I am the plaintiff in this action and I respectfully submit this Declaration in response to the Court's Order which accompanied this form Declaration. Pursuant to that Order, I have electronically signed this Declaration as proof that I have read the Complaint in this action (ECF No. 1) and that I am the Plaintiff in this action.

    2.    Under Rule 11(b) of the Federal Rules of Civil Procedure, I certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

a) the Complaint is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
b) the claims and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
c) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
d) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

_____    _____
Electronic Signature                                          Date

_____    _____
Name                                                         Prisoner ID No. (if incarcerated)

_____
Address                              City                                State       Zip Code