

May 10, 2026

To Whom It May Concern:

On Thursday, April 9, 2026, the Comfort Inn and Suites Glen Mills-West Chester experienced an electrical power outage for less than 10 minutes due to a transformer exploding from across the street.  On Friday, April 10, 2026, the property experienced electrical power outage when another transformer malfunction.  This caused our generator not to be able to properly perform.  The property was without electricity for two hours.

If I can be any further assistance, please do not hesitate to contact me at (610) 358-1700.

Sincerely,

Darrell Dudley
General Manager
Comfort Inn and Suites Glen Mills-West Chester