**(Proposed Order)**

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Bret Wing, et al., | : | CASE NO. **2:25-CV-05505-PD** |
| Plaintiffs, | : | |
| v. | : | HONORABLE Paul S. Diamond |
| Incyte Corporation, et al, | : | |
| Defendants. | : | **Order Granting Plaintiff's Motion for Time Extension** |

**ORDER**

AND NOW, this 18th day of May, 2026, upon consideration of Plaintiffs' Motion for Extension of Time Pursuant to Federal Rule of Civil Procedure 6(b), and any response thereto, it is hereby ORDERED that the Motion is GRANTED.

1.  Plaintiffs shall have an additional sixty (60) days from the date of this Order to file and effect service of an Amended Complaint on Defendants Incyte Corporation and Anne Guntz.

2.  All current deadlines in this matter that would otherwise require action by Plaintiffs within that sixty-day period are extended by sixty (60) days from their current dates.

3.  Nothing in this Order prevents the parties from seeking further extensions for good cause shown.

IT IS SO ORDERED.

BY THE COURT:

**PAUL S. DIAMOND**
United States District Judge