Wing, v. Incyte & Guilfe Proposed Order Time Extension.docx | Powered by Box

# Pro Se Electronic Filing



**Name:**

**Bret Wing**

**Email Address:**

**sjermany@gmail.com**

**Phone Number**

**440-231-6200**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**Wing, et al. v. Incyte Corporation, et al.**

**Case Number**

**2:25-CV-05505-PD**

**Description of Document(s)**

**Exhibit 001 Choice Hotel General Manager letter documenting power outages causing Plaintiffs' connection error. A Proposed Order Time Extension**

**Do you have a mailing address?**

**No**

**Mailing Address Line 1**

**NA**

**City:**

**NA**

**State:**

**NA**

**Zip Code:**

**NA**

**Terms of Submission**

**Yes**

Show empty values